Exhibit "B"

Page 1
Yo Pitts! Foods Subscription Box | Cratejoy
https://www.cratejoy.com/subscription-box/yo-pitts-foods/

Cratejoy

Find a box you'll love...    🔍    ❤ Coupons    🏷 Sell on Cratejoy    👤 Sign in

🎁 Gifts    Limited Edition Boxes    Women    Men    Kids & Teen    Entertainment    Food & Drink    Books & Personal Growth    Bath & Beauty    Spiritual & New Age    Home & Maker    Adult    Unique

🏠 / Food & Drink / Spices & Sauces / Yo Pitts! Foods





Cheese and mustard anyone?



### Choose a subscription

Yo Pitts! Foods Flavored Condiment Club 2-Pack Mc...

Yo Pitts Foods, an all-natural condiment company, now has a
monthly subscription that aims to enhance your everyday meals.
We send premium quality, all-natural condiments every qua...
**Show more**

Plans as low as
**$22.99** / month

**Buy Now** →

**Give as a Gift** 🎁

Shipping & Renewal Information

- We ship at the beginning of the month. We ship to
  US and Canada * only. Canada shipments will
  incur additional fees. (approx. $20.00 additional.)
- Ships worldwide from United States
- Subscriptions automatically renew. Cancel anytime

## Yo Pitts! Foods

🏆 Be the first to write a review!    ❤ 95

Yo Pitts! Foods Flavored Condiment Club

**Overview**    Reviews    Questions (3)    Past Boxes

## Your key to flavorful eating all the time!

Yo Pitts Foods, an all-natural condiment company, now has a quarterly subscription that aims
to enhance your everyday meals. Get a premium, all-natural condiments every quarter,
ideal for BBQ, game nights, wine tastings, and dinner parties. Subscribers can choose sweet,
mild or hot and 3-pack, 5-pack, or 7-pack delivered to their home.

- All Natural, flavorful, healthy, Tasty, Delicious

### Customers who bought this also bought...



**Cookie of the Month Subscript...**
by Susan's Cookie Jar
⭐⭐⭐⭐⭐ 9
Two Dozen Mini cookies and a
wonderful custom blend of
coffee sent to your door every...
From **$19.55** / box
Low Stock

BEST NEW BOX 2021
**MACRODIETING BOX**
by MACRODIETING
⭐⭐⭐⭐⭐ 21
Redefine Your Health Choices
& Improve Your Lifestyle! Get
The Best Lifestyle Box Every...
From **$12.00** / box
Free Shipping

Best New...
Delivering th...
right to your...
From **$23...**

### Reviews



**Yo Pitts! Foods doesn't have any reviews!**
Share your experience and help thousands of subscribers make informed purchases.

**Write a Review**

### Customer Questions (3)

**Ask Question**


**Q: When is my subscription billed?**

Asked by Christine S., September 2020

Captured by FireShot Pro: 24 February 2022, 11:52:40
https://getfireshot.com

Yo Pitts! Foods answered...
September 2020
Hello, your subscription is initially billed immediately at the time of your sign up. Moving forward you are billed monthly or quarterly depending on the subscription you choose.

Sign in to contact the seller                                    Vote for this

+ Add an answer

Q: When is my subscription going to be shipped?
Asked by Christine S., September 2020

Yo Pitts! Foods answered...
September 2020
Hello, our subscriptions are normally shipped at the beginning of the month. Under certain circumstances (i.e. holidays, events, special requests) we may ship a bit earlier or notify our customers if there are any delays.

Sign in to contact the seller                                    Vote for this

+ Add an answer

Q: What is the last day that I can subscribe to get this month's box?
Asked by Christine S., September 2020

Yo Pitts! Foods answered...
September 2020
Hello, our monthly shipping cut-off is normally the first of the month. We do provide a grace period to accept subscriptions for same month shipments if they are purchased by the 5th of the month. We try to accommodate our customers as much as possible so we encourage customers to reach out to us if they have questions or concerns.

Sign in to contact the seller                                    Vote for this

+ Add an answer

Past boxes from Yo Pitts! Foods...



**Yo Pitts! Foods Flavored Condiment Club 3-Pack**
Yo Pitts Foods, an all-natural condiment company, now has a quarterly subscription that aims to enhance your everyday meals. They send premium quality, all-natural condiments every quarter, ideal for BBQ, game nights, wine tastings, and dinner parties. The 3-pack is great way to get started testing and tasting these great products of your home.

**Yo Pitts! Foods Flavored Condiment Club 2-Pack Monthly**
Yo Pitts Foods, an all-natural condiment company, now has a monthly subscription that aims to enhance your everyday meals. We send premium quality, all-natural condiments every quarter, ideal for BBQ, game nights, wine tastings, and dinner parties. Subscribers can choose if they want to receive a sweet, mild or hot themed 2 pack of gourmet condiments made for everyday.

Yo Pitts! Foods appears in these collections...



Black-Owned Subscription Boxes
Editor's Pick



Insider Rewards: 20% Off Sale
Editor's Pick

Insider Rewards: 30% Off Sale
Editor's Pick

Tailgating Time
Editor's Pick

Shop Local: Northeast Collection
Editor's Pick

The Ultimate Men's Cooking Collection
Editor's Pick

More Yo Pitts! Foods

Tags                                              Related Categories

condiments   sauces   all natural   ketchup   mustard        Food & Drink   Spices & Sauces

Captured by FireShot Pro: 24 February 2022, 11:52:40
https://getfireshot.com



BACK TO TOP

20% OFF Your First Box
*Offer only valid on participating boxes

Email Address    Sign Me Up

**Shop & discover**
Top Gift Boxes
Box Insider Blog
Cratejoy Coupons
New Arrivals
Browse Collections
Virtual Classroom Activities
Help

**Popular Categories**
Women's
Men's
Books
Kids
Beauty

**Get to know us**
About Cratejoy
Sell on Cratejoy
Cratejoy Sitebuilder
Join our Affiliate Program
Affiliate Collection Hub
Careers
Contact Cratejoy

**Legal**
Terms of Service
Privacy Policy
Policies

**Follow Cratejoy**
Facebook
Instagram
Twitter
Pinterest
Youtube

© 2022 Cratejoy. All Rights Reserved.