**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Prepared Food Photo, Inc.,

                                Plaintiff(s)

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

-against-

1:22    **CV**   07123    ( LLS )

Cratejoy, Inc., et al.,

                                Defendant(s).

---------------------------------------------------------------X

Prepared Food Photo, Inc. hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to Complaint filed 8/21/22.

3. The time for defendant(s), Cratejoy, Inc., to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), Cratejoy, Inc., has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) Cratejoy, Inc. to answer or otherwise move has not been extended.

5. That defendant(s) Cratejoy, Inc. is not an infant or incompetent. Defendant(s) Cratejoy, Inc. is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff ___Prepared Food Photo, Inc.___ requests that the default of defendant(s) ___Cratejoy, Inc.___ be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: October 18, 2022

By: ___/s/ Daniel DeSouza___
(Signature Daniel DeSouza, Esq.
(Print Name of Plaintiff Pro Se)
(Address) Attorney for Plaintiff
(Telephone Number)
(E-mail address)

CopyCat Legal PLLC
3111 N. University Dr.
Suite 301
Coral Springs, FL 33065
877-437-6228
dan@copycatlegal.com