IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 1:22-cv-07123-LLS

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

CRATEJOY, INC. and VITAL
CONNECTIONS, INC. d/b/a YO PITTS!
FOODS,

    Defendants.

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") and defendant Cratejoy, Inc. ("Cratejoy") hereby jointly and mutually stipulate that Defendant's deadline to respond to the Complaint in this lawsuit has been extended until November 8, 2022.

Respectfully submitted on October __, 2022.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>*Attorneys for Plaintiff*<br><br>By: /s/ Daniel DeSouza, Esq._____<br>      Daniel DeSouza | CRATEJOY, INC.<br><br>By: /s/ *Dan Drewno*  10/18/2022<br>    CCF6D5568EAC4EF... |